**UNITED STATES of America, Plaintiff–Appellee**

v.

**Daniel Paul LOPEZ, Defendant–Appellant.**

No. 07–50042
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 13, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Thomas L. Wright, El Paso, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Daniel Paul Lopez appeals his guilty-plea conviction and sentence for conspiracy

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

to import five hundred or more grams of cocaine into the United States, in violation of 21 U.S.C. §§ 963, 952(a), 960(a)(1), and 960(b)(2).

Lopez argues that the Government breached the plea agreement in his case by advocating that he be held accountable for a drug quantity higher than that stipulated to in the factual resume which formed the basis for the guilty plea. Lopez has neither shown that his interpretation of the plea agreement was reasonable nor met his burden of establishing a breach of the plea agreement; thus he has not shown plain error with respect to this claim. *See United States v. Reeves,* 255 F.3d 208, 210 (5th Cir.2001).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under